# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2026-0244
Lower Tribunal No. 2009-CF-000367

_____

JAVIER ZAMARANO-VALDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Highlands County.
David V. Ward, Judge.

May 8, 2026

PER CURIAM.

AFFIRMED. *See Ratliff v. State*, 914 So. 2d 938, 940 (Fla. 2005) ("[T]he Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life. The term 'life' is sufficiently definite so that it can be understood and applied.").

SMITH, BROWNLEE and KAMOUTSAS, JJ., concur.

Javier Zamarano-Valdez, Chipley, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Chief Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED